The Meditation House Center for Well Being  :  Because a Life Explored is a Life Adored Vedic Meditation | The Meditation House Center for Well Being

Case 4:11-cv-00562-JAJ-TJS   Document 1-1   Filed 11/28/11   Page 1 of 5

ABOUT THE CENTER     SERVICES     EVENTS     BLOG     RESOURCES     CONTACT     HOME

EXHIBIT A



## VEDIC MEDITATION

Vedic Meditation is simple and easy to learn. It is a natural, effortless technique that anyone can practice. All that is required is to sit comfortably with the eyes closed for 20 minutes in the morning and evening.

Vedic Meditation allows the process of thinking to become increasingly quiet and settled. This continues until the mind transcends the faintest impulse of thought and experiences its most settled state while maintaining full alertness. As the mind settles, the body begins to rest very deeply.

Following meditation the mind is more alert, more calm and thinking is clearer. With regular meditation, people find their energy levels increase and they can achieve more with less effort. As a result, work, play and relationships are easier and more rewarding.

Benefits of Meditation:
According to scientific studies conducted at over 200 research institues and universities, a few minutes of Vedic Meditation each day produces a wide range of practical physiological benefits—a clearer and more creative mind, better decision-making, improved health, greater happiness and more rewarding relationships. Meditators report feeling the effects of meditation immediately and changes occur quickly—improvements are often significant within the first few days of learning.

Scientific research on meditation shows many benefits, including:

- Reduced tension and anxiety
- Increased resistance to stress
- Improved memory and concentration
- Increased energy
- Improved physical health
- Reduced insomnia
- Increased self-esteem
- Slower aging

» Learn to Meditate

» Meditation Resources
» Meditation F.A.Q.
» Finding Your Best Teacher

Jules Green and The Meditation House, LLC expressly disclaim any association with Maharishi Foundation Ltd., its programs, its methods, its trademark \"Transcendental Meditation\"(the common words \"transcendental\" and \"meditation\" as defined in Webster's Dictionary but given an initial capital) and its licensees.

### SEARCH

### LATEST ENTRIES

Intro to Meditation
Beyond The Affair. How conscious awareness about your relationship can help you heal.
Unity: Reflections on Self Evolution as Collective Evolution
What is REIKI Healing?
Inspired Learning
The Interplay of Masculine & Feminine Energies
Living with Conscious Awareness
The Power of Intention
Our Nature is to Love
Stay Curious.

### UPCOMING EVENTS

July 9, 2011
Workshop: WHY AM I HERE?!? at 10:00 am

July 10, 2011
Group Meditation at 11:00 am

July 23, 2011
Workshop: WHERE'D MY MOJO GO? at 10:00 am

August 5, 2011
EXPLORING THE VEDA 1 at 12:00 am

August 6, 2011
EXPLORING THE VEDA 1 at 12:00 am

August 7, 2011
EXPLORING THE VEDA 1 at 12:00 am
FREE TALK: Intro to Meditation at 7:00 pm

The Meditation House Center for Well Being : Because a Life Explored is a Life Adored Vedic Meditation | The Meditation House Center for Well Being

Case 4:11-cv-00562-JAJ-TJS   Document 1-1   Filed 11/28/11   Page 2 of 5

**LOCATIONS:**

**San Diego**
619.446.6353

**Des Moines**
515.309.1873

**New York**
917.623.9286

**GIVE:**

Friends of Ramana's Garden
One Giving
Women for Women

**HEAL:**

All Things Healing
Mother of Health
Amazon Herb Co.

August 21, 2011
Group Meditation & Potluck at 11:00 am
Group Meditation at 11:00 am

**FIND US:**

Facebook
Twitter

© The Meditation House Center for Well Being. Site design by Big Black Dog Designs.

Content Protected Using Blog Protector By: PcDrome.

The Meditation House Center for Well Being  :  Because a Life Explored is a Life Adored F.A.Q. | The Meditation House Center for Well Being

Case 4:11-cv-00562-JAJ-TJS   Document 1-1   Filed 11/28/11   Page 3 of 5

ABOUT THE CENTER    SERVICES    EVENTS    BLOG    RESOURCES    CONTACT    HOME

EXHIBIT B

# The Meditation House
### CENTER FOR WELL BEING

## F.A.Q.

**How do you practice the technique?**
You sit comfortably in a chair with your back fully supported and your eyes closed for about 20 minutes twice a day – once in the morning and once in the evening. To an outside observer you will appear to be simply resting. During the meditation, your mind and body settle down into their least excited state. This phenomenon triggers a deep and profound state of restfulness.

**So I don't have to join or worship a particular religion in order to meditate?**
No. And you don't have to shave your head either – or wear funny clothes, change your name, sit in uncomfortable yoga positions, give away all of your possessions, be soft spoken or become a vegetarian. Whereas many meditation techniques are specifically designed by and for monks sitting in a cave, Vedic Meditation is for people engaged in the world – for people who have families, jobs, homes and things to do.

**What kind of benefits will I get from meditating?**
The deep levels of rest acquired by using this technique creates powerful, measurable changes in the physiology. Meditators have reported experiencing release of stress, more energy, clearer thinking, better health, and improved personal relationships. Here are some other notable benefits:

- Improved memory, energy, creativity, intelligence
- Relief from depression and anxiety
- Relief from migraines, headaches and asthma
- Relief from insomnia and other sleeping disorders
- Faster reaction times
- Reduced cholesterol levels
- Relief from fatigue
- Stronger immune system
- Reduced risk of heart disease
- Normalization of blood pressure
- Improved sports performance
- Reduction of biological aging
- Reduced addictive behaviors
- Normalization of weight

**What if I have too many thoughts when I try to quiet my mind?**
If you feel like your mind is always active, you are a perfect candidate for this technique because you don't have to "try" to stop thinking or "try" to do anything for that matter. "Trying" is actually what excites the mind and causes thinking. Vedic Meditation is designed to effortlessly de-excite the mind in the most natural and immediate way. Once the mind de-excites, you'll notice that thoughts spontaneously get fewer and fewer.

## SEARCH

## LATEST ENTRIES

Intro to Meditation
Beyond The Affair. How conscious awareness about your relationship can help you heal.
Unity: Reflections on Self Evolution as Collective Evolution
What is REIKI Healing?
Inspired Learning
The Interplay of Masculine & Feminine Energies
Living with Conscious Awareness
The Power of Intention
Our Nature is to Love
Stay Curious.

## UPCOMING EVENTS

July 9, 2011
Workshop: WHY AM I HERE?!? at 10:00 am

July 10, 2011
Group Meditation at 11:00 am

July 23, 2011
Workshop: WHERE'D MY MOJO GO? at 10:00 am

August 5, 2011
EXPLORING THE VEDA 1 at 12:00 am

August 6, 2011
EXPLORING THE VEDA 1 at 12:00 am

August 7, 2011
EXPLORING THE VEDA 1 at 12:00 am
FREE TALK: Intro to Meditation at 7:00 pm

The Meditation House Center for Well Being  :  Because a Life Explored is a Life Adored F.A.Q. | The Meditation House Center for Well Being

Case 4:11-cv-00562-JAJ-TJS   Document 1-1   Filed 11/28/11   Page 4 of 5

Have these claims been proven by science?
Yes. Over 600 published scientific research studies verify and validate the benefits of Vedic Meditation in every area of an individual's life including: mind, body, behavior and environment.

How much time will it take to learn?
The Introduction to Meditation course takes place over 4 consecutive days, each class lasting approximately 90-minutes. By the end of the four days, you will be a completely self-sufficient meditator. For those who prefer on-going support, a lifetime of unlimited follow-up is available to all those who complete the course, and is guaranteed to you as a student of this practice. Private courses are also available upon request.

How long will it take until I feel benefits?
Immediately – you will feel benefits from the very first time you meditate. Many people report increased energy, increased calmness and greater clarity in the first weeks, and friends and family will often notice differences as well.

How much will it cost me to learn?
Course fees are determined based on a sliding scale and are determined by you according to your income. Payment plans which allow you to pay over time are also available and can be determined easily by you and the teacher. Of primary importance to us is to teach those who are ready to learn and will not let money be an issue that stands in the way of those who are ready. We are happy to work with you to help make a plan that works for you.

August 21, 2011
Group Meditation & Potluck at 11:00 am
Group Meditation at 11:00 am

### LOCATIONS:

**San Diego**
619.446.6353

**Des Moines**
515.309.1873

**New York**
917.623.9286

### GIVE:
Friends of Ramana's Garden
One Giving
Women for Women

### HEAL:
All Things Healing
Mother of Health
Amazon Herb Co.

### GET FIT:
Team Beach Body

### FIND US:
Facebook
Twitter

© The Meditation House Center for Well Being. Site design by Big Black Dog Designs.

Content Protected Using Blog Protector By: PcDrome.

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 1,082,923

Registered Jan. 17, 1978

Renewal Term Begins Jan. 17, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## TRANSCENDENTAL MEDITATION

MAHARISHI FOUNDATION, LTD. (UNITED KINGDOM CORPORATION)
P.O. BOX 652
ST. HELIER JERSEY JE4 8YZ, CHANNEL ISLANDS, ASSIGNEE OF WORLD PLAN EXECUTIVE COUNCIL-UNITED STATES (CALIFORNIA NON-PROFIT CORPORATION), PACIFIC PALISADES, CA

SEC. 2(F).

FOR: EDUCATIONAL SERVICES—NAMELY, CONDUCTING COURSES AND SEMINARS ON PERSONAL DEVELOPMENT, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1966.

SER. NO. 73-096,512, FILED 8-12-1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 26, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS