**From:** Raja Richard
<rajarichard@maharishi.net>
**To:** Matt Ringrose <mringrose@yahoo.com>
**Sent:** Friday, 2 December 2011 2:33 AM
**Subject:** Re: Sidhi Program and TTC

Hello Matt,

I hope you'll indulge my affectionate parental impulse on your behalf by considering a final offering of advice. Although as a non-participant in the day-to-day activities of the Movement I'm not privy to its current thinking regarding the protection of its trademarks, intellectual property, etc., I do recall that the Movement had committed considerable focus and resources over the years to building a strong legal basis for defending itself. Thus it is at least within the realm of possibility that at some point it would decide to seek aggressive injunctive relief against the TK organization with the aim of shutting it down. As a successful businessman, you're experienced enough to know the kind of damage to your proposed career that could result should such an effort be successful. In your own self-interest, therefore, you might consider not committing yourself formally to the organization until you have sought legal advice (not merely the opinions of friends in the TK org) and have understood the potential ramifications of the issues in detail. If council were to advise you against committing yourself, and you decided it would be better in the long run to pursue your career with the TM Movement, I might still be able to help you. (In your email to Nigel, et.al., you've not formally declared a 'spiritual allegiance' to the 'other side', but merely stated practical reasons why you can't do TTC at this time—a wise wording decision on your part. I also gather from your private declarations to me previously that your decision to go with TK is less a spiritual preference for his organization than it is a practical one. Thus the leaders of the TM org would be more open to your changing your mind if you decided to do so. Once you've formally burned your bridges, however, I'm afraid there'll be nothing more I or anyone can do to help you with the TM org.)

With my very best wishes,
Jai Guru Dev
Raja Richard

