IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAHARISHI FOUNDATION USA, INC., <br><br>     Plaintiff, <br><br> v. <br><br> THE VEDA CENTER, LLC, THOM KNOLES, and THE MEDITATION HOUSE, LLC, <br><br>     Defendants. | Case No. 4:11-cv-00562 <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THOMAS KNOLES, <br><br>     Counterclaim Plaintiff, <br><br> v. <br><br> MAHARISHI FOUNDATION USA, INC. <br><br>     Counterclaim Defendant. | |

The above-captioned parties, through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, hereby stipulate to the dismissal of all claims in this case, including counterclaims, with prejudice.

_____/s/ Mark L. Zaiger_____

| MARK L. ZAIGER | AT0008655 |
| JASON R. SYTSMA | AT0009728 |
| DANA L. OXLEY | AT0005917 |

for

SHUTTLEWORTH & INGERSOLL, P.L.C.
500 U.S. Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:      (319) 365-8443
mlz@shuttleworthlaw.com
jrs@shuttleworthlaw.com
dlo@shuttleworthlaw.com

and

WILLIAM P. GOLDSTEIN
MAHARISHI FOUNDATION
1000 N. Fourth Street
Fairfield, IA  52557
PHONE:      (641) 472 1183
FAX:      (641) 472 1141
EMAIL:      bgoldstein@mum.edu

ATTORNEYS FOR PLAINTIFF AND
COUNTERCLAIM DEFENDANT MAHARISHI
FOUNDATION USA, INC.


BRADSHAW, FOWLER, PROCTOR &
FAIRGRAVE, P.C.

By:_____/s/ Todd A. Strother_____
          Todd A. Strother  AT0007650
          Timothy N. Lillwitz  AT0008904
          801 Grand Avenue, Suite 3700
          Des Moines, IA  50309-8004
          Tel:    (515) 243-4191
          Fax:    (515) 246-5808
          E-Mail:  strother.todd@bradshawlaw.com
          E-Mail:  lillwitz.timothy@bradshawlaw.com

2

By: _____*/s/ Eric M. Braun*_____
Eric M. Braun, NY State Bar No. 2331890
Level 34, 50 Bridge Street
Sydney, NSW, Australia
Telephone:  (+61 419 208 276)
E-mail:  ericbraun@emblegal.com
(Admitted Pro Hac Vice)

ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIM PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 30th day of July, 2015 by:

☐ U.S. Mail                    ☐ FAX
☐ Hand Delivered          ☐ UPS
☐ Federal Express          ☒ Other: _____CM/ECF_____

_____*/s/ Lucy Anderson*_____

3